NO. 07-05-0405-CR



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL D



APRIL 19, 2006


 ______________________________



ROGER DOUGLAS PHELPS, APPELLANT



V.



THE STATE OF TEXAS, APPELLEE


_________________________________



FROM THE 367TH DISTRICT COURT OF DENTON COUNTY;



NO. F-2004-1887-E; HONORABLE LEE GABRIEL, JUDGE


_______________________________




Before QUINN, C.J., and REAVIS and CAMPBELL, JJ.

MEMORANDUM OPINION


 Pending before this Court is appellant's motion to dismiss his appeal. Appellant and his
attorney both have signed the document stating that appellant withdraws his appeal. Tex. R. App.
P. 42.2(a). No decision of this Court having been delivered to date, we grant the motion. 
Accordingly, the appeal is dismissed. No motion for rehearing will be entertained and our
mandate will issue forthwith.

 James T. Campbell

 Justice


Do not publish.



s/>
 false
 false
 false
 
 EN-US
 X-NONE
 X-NONE
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 









NO. 07-10-0331-CR

 

IN THE COURT OF APPEALS

 

FOR THE SEVENTH DISTRICT OF TEXAS

 

AT AMARILLO

 

PANEL A

 

AUGUST 29, 2011

 

______________________________

 

 

BRENTON W. SHADDEN, APPELLANT

 

V.

 

THE STATE OF TEXAS, APPELLEE

 

 

_________________________________

 

FROM THE 140TH DISTRICT COURT OF LUBBOCK
COUNTY;

 

NO. 2008-420,688; HONORABLE JIM BOB DARNELL, JUDGE

 

_______________________________

 

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

ORDER REINSTATING APPEAL

            By
opinion and judgment dated May 20, 2011, due to Appellant's counsel's failure
to file a brief, this Court abated Appellant's appeal and remanded the matter
to the trial court for further proceedings. 
Pursuant to this Court's order, the trial court was directed to use
whatever means necessary to determine why counsel had failed to timely file
Appellant's brief and to take such action as was necessary to ensure that the
brief was filed with this Court by June 6, 2011.  Our order further specifically provided that
if Appellant's brief was not filed by that date, the trial court was directed
to conduct a hearing and to file findings of fact and conclusions of law by
July 8, 2011, determining the following:

1.           
whether Appellant
desires to prosecute the appeal;

2.           
whether
Appellant=s counsel has effectively abandoned
the appeal given his failure to timely file a brief; 

3.           
whether
Appellant has been denied effective assistance of counsel and is entitled to
new appointed counsel; and

4.           
whether
Appellant's counsel's failure to comply with the Rules of Appellate Procedure
and the directives of this Court raises a substantial question as to counsel's
honesty, trustworthiness, or fitness as a lawyer.  See
Tex. Code Jud. Conduct, Canon 3(D)(1), reprinted in Tex. Gov't Code Ann., tit.
2, subtit. G, app. B (West 2005). 

 

            Although Appellant's brief was not
timely filed, to date, the Court has not received the trial court's findings of
fact and conclusions of law.  

            On June 22, 2011, Appellant's
counsel did file a brief, which we have held in abeyance pending receipt of the
trial court's findings of fact and conclusions of law.  On July 12, 2011, this Court reminded the
trial court of its duty, however, our directives have been ignored.  We see no reason why Appellant's appeal should
be delayed any further.  Therefore, in
the interest of justice, we reinstate Appellant's appeal and deem his brief filed
this date.  The State's briefing deadline will be in accordance with
the applicable rules of appellate procedure. 
See Tex. R. App. P. 38.6.

            It
is so ordered.

                                                                                    Per Curiam

 

 

Do not publish.